UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Daniel Irish, | Case No. 23-CV-00619 (ADM/ECW) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| Keith McNamara, in his individual capacity as a Hennepin County Sheriff's Deputy, | |
| Defendant. | |

---

I hereby certify that on May 15, 2023, I caused the following items:

   Exhibits 1, 2, 3, 5, and 6 to the Declaration of Sarah McLaren (Doc. 25),

to be conventionally filed, with Exhibits 1, 3, 5, and 6 under temporary seal, with the Clerk of Court via hand delivery and I further certify that I caused a copy of the foregoing items to be served, pursuant to Fed. R. Civ. P. 5(b)(2)(E), on counsel of record via email with the written consent of counsel at the following email addresses:

rbennett@robinskaplan.com; anoel@robinskaplan.com; kbennett@robinskaplan.com; mbetinsky@robinskaplan.com; and gwiessner@robinskaplan.com

                                              MARY F. MORIARTY
                                              Hennepin County Attorney

Dated: May 15, 2023          By:  */s/ Sarah McLaren*
                                                SARAH McLAREN (#0345878)
                                                JAMIL MASROUJEH (#0400895)
                                                Assistant County Attorneys
                                                2000A Government Center, MC200
                                                300 South Sixth Street
                                                Minneapolis, MN 55487
                                                Telephone: (612) 348-5532
                                                Sarah.McLaren@hennepin.us
                                                Jamil.Masroujeh@hennepin.us
                                                *Attorneys for Defendant Keith McNamara*